# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
No. 15-1027V
**(Not to be published)**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MICHAEL BOYLE,

      Petitioner,        Filed: October 3, 2016

      v.        Decision by Stipulation; Influenza Vaccine; Chronic Inflammatory Demyelinating Polyneuropathy (CIDP)

SECRETARY OF HEALTH AND HUMAN SERVICES

      Respondent.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DECISION

**HASTINGS, <u>Special Master</u>.**

      This is an action seeking an award under the National Vaccine Injury Compensation Program[1] on account of an injury suffered by Michael Boyle. On September 29, 2016, counsel for both parties filed a Stipulation, stipulating that a decision should be entered granting compensation. The parties have stipulated that Petitioner shall receive the following compensation:

- A lump sum of $230,000.00, in the form of a check payable to Petitioner, representing compensation for all damages that would be available under 42 U.S.C. §300aa-15(a).

      Under the statute governing the Program, as well as the "Vaccine Rules" adopted by this court, the special master must now enter a decision endorsing that stipulation, and the clerk must enter judgment, in order to authorize payment of the award. <u>See</u> § 300aa-12(d)(3)(A) and (e)(3); § 300aa-13(a); Vaccine Rules 10(a), 11(a).[2]

---

[1] The applicable statutory provisions defining the Program are found at 42 U.S.C. § 300aa-10 *et seq.* (2012 ed.). Hereinafter, for ease of citation, all "§" references will be to 42 U.S.C. (2012 ed.).

[2] The "Vaccine Rules of the United States Court of Federal Claims" are found in Appendix B of the Rules of the United States Court of Federal Claims.

I have reviewed the file, and based on that review, I conclude that the parties' stipulation appears to be an appropriate one. Accordingly, my decision is that a Program award shall be made to Petitioner in the amount set forth above. In the absence of a timely-filed motion for review of this Decision, the clerk shall enter judgment in accordance herewith.

**IT IS SO ORDERED.**

   /s/ George L. Hastings, Jr.
George L. Hastings, Jr.
Special Master